AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DIANA ZOE ELLIS,
        Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, U.S. DEPARTMENT OF TREASURY,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-255-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. 1915(e)(2), pursuant to the Order Dismissing Complaint With Prejudice entered on September 5, 2008, Ct. Rec. 19.

| | |
|---|---|
| September 5, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |